[No. 1775-1.    Division One.    June 3, 1974.]

GLENN LINER, *Appellant*, v. INTALCO ALUMINUM CORPORATION *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 45538, Byron L. Swedberg, J., entered June 23, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and Farris, JJ.

[No. 1841-1.    Division One.    June 3, 1974.]

ROBERT J. GUSTAV, *Appellant*, v. CONTRACTORS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 744402, James W. Mifflin, J., entered July 27, 1972. *Reversed* by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and James, J.

[No. 1885-1.    Division One.    June 3, 1974.]

ARLIN KONKLER *et al.*, *Plaintiffs*, v. MARYSVILLE METHODIST CHURCH *et al.*, *Appellants*, GENERAL BUILDING CONTRACTORS, INC., *et al.*, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 110110, Phillip G. Sheridan, J., entered October 26, 1972. *Remanded* by unpublished opinion per Callow, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 858-3.    Division Three.    June 4, 1974.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN T. RUDE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 4645, B. E. Kohls, J., entered April 26, 1973. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.